UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------
UNITED STATES OF AMERICA,

ORDER

-vs-

CR- 07-327    (SJF)

HECTOR FLAMENCO,

------------------------------------------------
FEUERSTEIN, J.

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED/

/SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:   Central Islip, N.Y.
         July 31, 2008